UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NUMBER: ) |
| THE TRUSTEES OF INDIANA UNIVERSITY-PURDUE UNIVERSITY INDIANAPOLIS, | ) ) ) ) ) |
| Defendant. | ) ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I. NATURE OF THE CASE**

1. This is an action brought by Plaintiff, Enric Mallorqui-Ruscalleda ("Mallorqui-Ruscalleda"), by counsel, against Defendant, Indiana University-Purdue University Indianapolis ("Defendant"), for violating Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §2000e *et. Seq.*

**II. PARTIES**

2. Mallorqui-Ruscalleda was a resident of Marion County, Indiana and resided within the geographical boundaries of the Southern District of Indiana during his employment by Defendant prior to the COVID-19 Pandemic. After the start of the pandemic, Mallorqui-Ruscalleda continued to work remotely from California for his employer located in Marion County, Indiana, within the geographical boundaries of the Southern District of Indiana.

3. Defendant routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III. JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 42 U.S.C. §2000e-5(f)(3)

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b).

6. Mallorqui-Ruscalleda was an "employee" as that term is defined by 42 U.S.C. §2000e(f).

7. Mallorqui-Ruscalleda satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission (Charge Number: 470-2023-03690) against Defendant alleging discrimination based on race and/or national origin. Mallorqui-Ruscalleda received his Notice of Suit Rights on January 31, 2024, and timely filed this action.

8. A substantial part of the events, transactions, and occurrences concerning this case arose in the geographical environs of the Southern District of Indiana; thus, venue is proper in this court.

## IV. FACTUAL ALLEGATIONS

9. Mallorqui-Ruscalleda began working for Defendant on or around August 1, 2018. His most recent position was Assistant Professor of Spanish and Translation Studies. Mallorqui-Ruscalleda previously served as the Director of the Program in Spanish and Translation Studies. In addition to these official positions under-contract, Mallorqui-Ruscalleda also undertook several additional roles without formal compensation including Assistant Director for Strategic Planning, Department of World Languages and Cultures; First-Year Spanish Language Program Coordinator; Coordinator, Program in Translation Studies; Second-Year Spanish Language Program Coordinator; and Faculty Mentor.

10. At all relevant times, Mallorqui-Ruscalleda met or exceeded Defendant's legitimate performance expectations.

11. On or about March 15th, 2020, Defendant moved all employees to work remotely due the COVID-19 pandemic. Even after COVID-19 restrictions had ended, Mallorqui-Ruscalleda remained a remote employee for three (3) years.

12. On or about January 11, 2023, Mallorqui-Rucscalleda requested to work remotely. Defendant denied his request and threatened to fire Mallorqui-Ruscalleda if he did not come to campus in person.

14. On or about January 19, 2023, Defendant notified Mallorqui-Ruscalleda that his remote status would end and that he needed to be in-person on January 23, 2023.

15. Non-spanish nationals and non-Hispanic employees who work in the same department as Mallorqui-Ruscalleda have been allowed to work remotely. For example, Dr. Thorsten Carstensen, Dr. Nicole Neumann, Dr. Obioma Nnaemeka, Dr. Didier Bertrand, and Dr. Karen Karducci were all permitted to teach remotely for extended periods of time.

16. On or about May 10, 2023, Mallorqui-Ruscalleda was placed on indefinite unpaid leave for not attending work in-person

17. Defendant discriminated against Mallorqui-Ruscalleda based on his race and/or national origin in violation of Title VII of the Civil rights Act of 1964.

18. Mallorqui-Ruscalleda has been damaged by Defendant's unlawful actions.

**V. CAUSES OF ACTION**

**COUNT I: VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT - RACE AND/OR NATIONAL ORIGIN DISCRIMINATION**

23. Mallorqui-Ruscalleda hereby incorporates paragraphs one (1) through eighteen (18) of his Complaint as if the same were set forth at length herein.

24. Mallorqui-Ruscalleda was born in and immigrated from Spain and is Hispanic.

25. Defendant has discriminated against and subjected Mallorqui-Ruscalleda to disparate treatment due to his national origin and/or race.

26. Defendant's unlawful actions were intentional, willful, and in reckless disregard of Mallorqui-Ruscalleda's rights as protected by Title VII.

27. Mallorqui-Ruscalleda suffered and continues suffering damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Mallorqui-Ruscalleda, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of Title VII;

5. Punitive damages for Defendant's violations of Title VII;

6. All costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgment interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully Submitted,

*/s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER, LLC
144 N. Delaware St.
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

*Counsel for Plaintiff, Enric Mallorqui-Ruscalleda*

**DEMAND FOR JURY TRIAL**

Plaintiff, Enric Mallorqui-Ruscalleda, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully Submitted,

*/s/ Andrew Dutkanych III*_____
Andrew Dutkanych III
BIESECKER DUTKANYCH & MACER, LLC
144 N. Delaware St.
Indianapolis, IN 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com

*Counsel for Plaintiff, Enric Mallorqui-Ruscalleda*