**Gmail**     Enric Mallorqui-Ruscalleda, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>

## Request to Cease Contact and Settlement Update
5 messages

---

**E Mallorqui, PhD, JD** <enric.mallorqui.ruscalleda@gmail.com>     Wed, Nov 13, 2024 at 10:05 AM
To: "Wynn, Myekeal" <myesmith@indiana.edu>
Cc: "Stultz, Emily" <emstultz@iu.edu>, "Enric Mallorqui-Ruscalleda, PhD, JD" <enric.mallorqui.ruscalleda@gmail.com>

Dear Mr. Myekeal,

I hope this message finds you well.

I am writing to respectfully request the following:

1. That Dr. Tezanos-Pinto, Chair of WLAC, refrain from contacting me through any organization under her leadership. I have previously requested this, but no action has been taken, and I believe this should be addressed.

2. That IUPUI cease sending me requests for donations (Annual Giving), as I find this highly inappropriate under the circumstances.

3. Additionally, I would appreciate confirmation regarding your access to the exhibits. If further documentation is needed for any specific matter, please let me know, and I will gladly provide access to support an amicable resolution.

I will be sending a settlement proposal soon for your review. I am hopeful that we can find a resolution that is beneficial to both parties and avoid further proceedings.

Sincerely,

Enric

---
Enric Mallorqui-Ruscalleda, PhD, JD, LLM

---

**E Mallorqui, PhD, JD** <enric.mallorqui.ruscalleda@gmail.com>     Thu, Nov 14, 2024 at 11:04 PM
To: "Wynn, Myekeal" <myesmith@indiana.edu>
Cc: "Stultz, Emily" <emstultz@iu.edu>

[Quoted text hidden]

---

**E Mallorqui, PhD, JD** <enric.mallorqui.ruscalleda@gmail.com>     Fri, Nov 22, 2024 at 11:25 AM
To: "Wynn, Myekeal" <myesmith@indiana.edu>, "Stultz, Emily" <emstultz@iu.edu>

On Wed, Nov 13, 2024 at 1:05AM E Mallorqui, PhD, JD <enric.mallorqui.ruscalleda@gmail.com> wrote:

> Dear Mr. Wynn,
>
> I hope this message finds you well.
>
> I am writing to respectfully request the following:
>
> 1. That Dr. Tezanos-Pinto, Chair of WLAC, refrain from contacting me through any organization under her leadership. I have previously requested this, but no action has been taken, and I believe this should be addressed.

2. That IUPUI cease sending me requests for donations (Annual Giving), as I find this highly inappropriate under the circumstances.

3. Additionally, I would appreciate confirmation regarding your access to the exhibits. If further documentation is needed for any specific matter, please let me know, and I will gladly provide access to support an amicable resolution.

I will be sending a settlement proposal soon for your review. I am hopeful that we can find a resolution that is beneficial to both parties and avoid further proceedings.

Sincerely,

[Quoted text hidden]

---

**Wynn, Myekeal** <myesmith@indiana.edu>    Tue, Nov 26, 2024 at 8:27 PM
To: "E Mallorqui, PhD, JD" <enric.mallorqui.ruscalleda@gmail.com>, "Stultz, Emily" <emstultz@iu.edu>

Mr. Ruscalleda,

Apologies for the late reply. As for numbers 1 and 2, we cannot tell them to cease if they are making communications for legitimate business purposes. If you do not want to receive those messages, my suggestion is for you to block those senders. I am also confirming that we have access to the files. We look forward to reviewing your settlement proposal.

**Myekeal D. Wynn**

Assistant General Counsel

301 University Boulevard

University Hall 5030

Indianapolis, IN 46202



Confidentiality Notice: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** E Mallorqui, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Sent:** Friday, November 22, 2024 5:26 AM
**To:** Wynn, Myekeal <myesmith@indiana.edu>; Stultz, Emily <emstultz@iu.edu>
**Subject:** [External] Re: Request to Cease Contact and Settlement Update

This message was sent from a non-IU address. Please exercise caution when clicking links or opening attachments

from external sources.

[Quoted text hidden]

---

**E Mallorqui, PhD, JD** <enric.mallorqui.ruscalleda@gmail.com>    Tue, Dec 10, 2024 at 8:44 AM
To: "Wynn, Myekeal" <myesmith@indiana.edu>
Cc: "Stultz, Emily" <emstultz@iu.edu>

Dear Mr. Wynn,

Thank you for your email and for confirming access to the files. Please accept my apologies for the delay in my response.

There is no need to worry about your delayed reply; I completely understand. I appreciate your guidance regarding the communications and your suggestions for managing them.

I am currently working on finalizing my settlement proposal and hope to be able to send it to you next week. Thank you for your patience and understanding.

Best regards,

Enric
---
Enric Mallorquí-Ruscalleda, PhD, JD

[Quoted text hidden]