Menu

Office of the **Vice President & General Counsel**



# About
## Who We Represent

Our office represents the University, including University officials acting in their official capacities. Our office does not represent individual faculty, staff members, or students in personal legal matters including employment or student relationships with the University. For help with personal legal matters, please see our Useful Links <useful-links.html> page.

## Charges for Our Services

Effective 2022, the OVPGC chargebacks to University units have been discontinued.