# EXHIBIT A

**From:** "Mallorqui Ruscalleda, Enric" <emallorq@iu.edu>

**To:** "Upton, Thomas" <tupton@iupui.edu>

**Subject:** Re:

**Date:** Sun, 06 Dec 2020 20:21:35 +0000

**Importance:** Normal

**Attachments:** anle_bianle_19_junio_diciembre_2018.pdf; From.docx; Mallorqui_ANLE_Actas.16feb2018.docx

---

Dear Thom,

I hope you are well and enjoying a restful weekend, as you very well deserve.

I am attaching the information I talked to you about.

In any case, no action is really necessary; if you consider you should do something is another thing, but, for me, we can leave this here, just with my report to you. In any case, I leave this up to your consideration, of course.

Thank you again and I hope this is the last time I have to contact you regarding issues --which are a waste of time at the end of the day---.

Sincerely,

Enric

---

**From:** Upton, Thomas
**Sent:** Friday, December 4, 2020 3:36 PM
**To:** Mallorqui Ruscalleda, Enric
**Subject:** Re:

Hi Enric,
What I would need to do would be to talk with Rosa about your assertion and get her perspective. If you would like for me to discuss this with her, please do send me the article and the documentation you have.

I wish you all the best,
Thom

---

**From:** "Mallorqui Ruscalleda, Enric" <emallorq@iu.edu>
**Date:** Thursday, December 3, 2020 at 5:03 PM
**To:** Thom Upton <tupton@iupui.edu>
**Subject:** <no subject>

Dear Thom,

I hope you are well.

Confidential

I am writing to inform you about another unfortunate event. I wanted to tell you this before, but I did not want to be perceived as a "trouble-maker," etc., or you getting tired of my "complaints."

In any case, the fact is that I found that Dr. Rosa Tezanos-Pinto published something I wrote and she is the single author; besides, this week I just found out that the journal in which it was published (*Boletín de la Academia Norteamericana de la Lengua Española*), is part of the list of journals that in our Department are considered good to apply for tenure and/or promotion. The writing is just two pages; I have not reported this earlier (I noted this during this semester) because I am very tired of what is going on in our Department and also, of course, because of my health issues. I did not want to spend time thinking about this, but, after thinking again about this I think it is my duty to report it.

If you would like, I can send you all the proof I have. In fact, in one of the emails she even recognizes she will use what I wrote.

Thank you again for all your time and attention.

Sincerely,

Enric

Confidential