UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00519-SEB-MG |
| THE TRUSTEES OF INDIANA UNIVERSITY - PURDUE UNIVERSITY INDIANAPOLIS, | ) ) ) ) |
| Defendant. | ) ) |

**MINUTE ENTRY FOR JANUARY 15, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Defendant's Motion to Strike at Dkt. 42 is GRANTED and therefore the Clerk is directed to show Dkt. 42 as STRICKEN. Plaintiff's Motion for an interpreter at Dkt. 40 is DENIED.

This matter is scheduled for a telephonic status conference on **Friday, July 18, 2025 at 11:00 a.m. (Eastern)** to discuss case status. Parties shall attend the status conference by calling **(571) 353-2301; Guest Meeting ID 719554099**.

Date: 1/30/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

ENRIC MALLORQUI-RUSCALLEDA
10775 Lotus Drive
Garden Grove, CA 92843

To ECF Counsel of Record