# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) ) ) |
| Plaintiff, | ) ) ) Case No: 1:24-cv-00519-SEB-MG |
| v. | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY-PURDUE UNIVERSITY INDIANAPOLIS | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO STRIKE

Defendant, having filed its Motion to Strike, and this Court, being duly advised in the premises therein, NOW FINDS said Motion to be meritorious, and should be GRANTED.

Now, therefore, it is Ordered, Adjudged and Decreed that Docket numbers 50 and 51 are stricken.

The **Clerk is directed** to **STRIKE** Docket Nos. 50 and 51.

So Ordered.

Dated: _____

_____
United States District/Magistrate Judge
Southern District of Indiana