UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-00519-SEB-MG |
| | ) |
| THE TRUSTEES OF INDIANA UNIVERSITY - PURDUE UNIVERSITY INDIANAPOLIS, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is Defendant's Motion to Strike Filing Nos. 50 and 51, in which Plaintiff filed discovery responses along with certificates of service. Because Federal Rule of Civil Procedure 5(d)(1) and Local Rule 26-2 prohibit the filing of discovery, unless submitted as an exhibit to a brief in support of or in opposition to a motion, Defendant's Motion to Strike, [52], is **GRANTED**. The Clerk is DIRECTED to STRIKE Filing Nos. 50 and 51.

Date: 3/6/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution via ECF to all counsel of record.

Via U.S. Mail:
ENRIC MALLORQUI-RUSCALLEDA
10775 Lotus Drive
Garden Grove, CA 92843