UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 1:24:cv:00519-SEB-MG <br> ) |
| THE TRUSTEES OF INDIANA UNIVERSITY-PURDUE UNIVERSITY INDIANAPOLIS, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) |

## PROPOSED ORDER

Defendant, The Trustees of Indiana University-Purdue University Indianapolis, by counsel, having filed their request for a thirty (30) day enlargement of time within which to reply to Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and the Court being duly advised, now GRANTS said request.

It is hereby ORDERED, ADJUDGED AND DECREED that Defendant shall have until May 5, 2025 to file its Reply to Plaintiff's Response.

Dated: _____      _____
United States Magistrate Judge
Southern District of Indiana

Distribution:

Defendant:
CM/ECF Counsel of Record

Plaintiff:
Enric Mallorqui-Ruscalleda
10775 Lotus Drive
Garden Grove, CA 92843