UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
04/07/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TRUSTEES OF INDIANA )<br>UNIVERSITY-PURDUE )<br>UNIVERSITY INDIANAPOLIS, )<br>)<br>Defendant. ) | CAUSE NO. 1:24-CV-00519-SEB-MG |

**NOTICE OF SUPPLEMENTARY CIVIL RIGHTS FILING AND CLARIFICATION REGARDING PRIOR OCR COMPLAINT DISMISSAL**

1. Plaintiff respectfully submits this notice to apprise the Court and Defendants' counsel of material developments concerning his civil rights complaint filed with the U.S. Department of Education, Office for Civil Rights (OCR), Region V, under Case No. 05-25-2215.

2. On February 11, 2025, Plaintiff submitted a formal complaint to OCR alleging unlawful discrimination by Indiana University–Indianapolis on the bases of national origin, disability, age, and retaliation. On that same date, Plaintiff transmitted a signed Consent Form in accordance with OCR's procedural requirements, and within the twenty (20) calendar-day deadline imposed by the agency (see Exhibit 2).

3. Subsequently, on March 10, 2025, OCR issued a letter dismissing the complaint—not for failure to respond, nor for any procedural or substantive deficiency attributable to Plaintiff—but rather due to an administrative technicality. Specifically, Plaintiff had inadvertently selected Section B of the Consent Form, thereby withholding authorization for OCR to disclose his identity and personally identifiable information to the respondent institution (see Exhibit 2). OCR determined it could not proceed with an investigation of

    the allegations under such constraints and closed the matter on that sole basis (see Exhibit 1).

4. Plaintiff wishes to clarify for the record that he acted with diligence and in good faith throughout the process, having submitted all documentation in a timely and proper manner. Upon receipt of OCR's correspondence and clarification, Plaintiff immediately initiated corrective action by submitting an updated Consent Form granting full authorization, and has formally requested that OCR reopen the case.

5. This notice is submitted in the interest of procedural transparency and to ensure the integrity and completeness of the record before this Honorable Court. Plaintiff respectfully requests that this clarification be duly noted in assessing the procedural posture of the present litigation and Plaintiff's consistent efforts to exhaust available administrative remedies.

6. For the Court's convenience, the following exhibits are attached:

    (i) Exhibit 1 – Letter from OCR dated March 10, 2025, detailing dismissal rationale.
    (ii) Exhibit 2 – Original Consent Form and email confirmation of timely submission.
    (iii) Exhibit 3 – OCR's original request for submission of Consent Form and related guidance.

7. Should the Court or Defendants' counsel require any additional documentation or clarification, Plaintiff stands ready to provide such materials promptly upon request.

Dated: April 7, 2025

Respectfully submitted,

*/s/ Enric Mallorquí-Ruscalleda*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, I electronically filed the foregoing *Notice of Supplementary Civil Rights Filing and Clarification Regarding Prior OCR Complaint Dismissal* with the Clerk of the Court for the United States District Court for the Southern District of Indiana using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive CM/ECF notices.

Additionally, pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5-2 of the Southern District of Indiana, a true and correct copy of the foregoing, along with all referenced exhibits, was served via electronic mail upon the following counsel of record for Defendants:

Mr. Myekeal D. Wynn<br>
Assistant General Counsel<br>
Indiana University<br>
Office of the Vice President and General Counsel<br>
301 University Blvd, Room 5030<br>
Indianapolis, IN 46202<br>
Email: myesmith@iu.edu

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 7, 2025<br><br>
Respectfully submitted,<br><br>
*/s/ Enric Mallorquí-Ruscalleda*<br>
Enric Mallorquí-Ruscalleda, PhD, JD, LLM<br>
Address on file with the Court<br>
Email: enric.mallorqui.ruscalleda@gmail.com