2/11/25, 12:06 AM
Case 1:24-cv-00519-SEB-MG    Document 78-2    Filed 04/07/25    Page 1 of 1 PageID #: 1185
Gmail - (no subject)

 **Enric Mallorqui-Ruscalleda, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>**

## (no subject)

**E Mallorqui, PhD, JD** <enric.mallorqui.ruscalleda@gmail.com>   Tue, Feb 11, 2025 at 12:06 AM
To: OCR.Chicago@ed.gov
Cc: "Enric Mallorqui-Ruscalleda, PhD, JD" <enric.mallorqui.ruscalleda@gmail.com>

Dear OCR Team,

I am sending the signed consent form as requested. Please find it attached.

Best regards,

[Quoted text hidden]

**3 attachments**


**IMG_2591.jpeg**
1786K


**IMG_2590.jpeg**
2698K

**Gmail - OCR Electronic Complaint Submission.pdf**
131K