

Enric Mallorqui-Ruscalleda, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>

## OCR Electronic Complaint Submission

**OCR** <OCR_Webmaster@ed.gov>  Mon, Feb 10, 2025 at 3:19 PM
Reply-To: OCR <OCR_Webmaster@ed.gov>
To: enric.mallorqui.ruscalleda@gmail.com
Cc: OCR.Chicago@ed.gov

# REQUEST FOR CONSENT AND CONFIRMATION OF YOUR SUBMISSION

Thank you for submitting your complaint to the Office for Civil Rights (OCR).

To facilitate the processing of your complaint, **please submit your signed consent form within 20 calendar days of the date of this email.** If you checked the box on the complaint form requesting early mediation, you **MUST** submit a signed consent form to participate.

You may submit your signed consent form in one of these three ways:

    1. Email a scanned PDF file or photo/jpeg file of your consent form to the email address below; or
    2. Fax your consent form to the fax number below; or
    3. Mail your consent form to the office address below. Please notify OCR using the email address or phone number below that you are mailing your consent form. In your e-mail or voicemail message, please include your case number, the name of the recipient, and the date that you mailed your signed consent form.

A copy of the consent form is available for your convenience at [OCR Complaint Consent Form](#). If you do not have access to a printer, please email or call the OCR Regional Office identified below to request a blank consent form. For more information about how OCR may use personal information with written consent, please see OCR's "[Notice About Investigatory Uses of Personal Information](#)."

**Your complaint has been automatically forwarded to the following OCR Regional Office for review:**

Office for Civil Rights/ED
Chicago Office
[John C. Kluczynski Federal Building
230 S. Dearborn Street, 37th Floor](#)
Chicago, IL, 60604

**Phone:** 312-730-1560
**TDD:** 800-877-8339
**Fax:** 312-730-1576
**Email:** [OCR.Chicago@ed.gov](#)

The Regional Office will contact you if it needs more information about your complaint. If you need to communicate with OCR or submit additional information regarding your complaint, **please do not reply to this message**. Instead, please direct your correspondence to the above office.

**We recommend that you print a copy of this message and retain it for your records.**

OCREMAIL00748854M Institution Name: Indiana University Indianapolis