UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:24-cv-00519-SEB-MG |
| THE TRUSTEES OF INDIANA UNIVERSITY - PURDUE UNIVERSITY INDIANAPOLIS, | ) |
| Defendant. | ) |

**ORDER DENYING MOTION TO COMPEL
AND SETTING TELEPHONIC CONFERENCE**

Pending before the Court is Plaintiff's Motion to Compel complete and accurate responses to his discovery requests. [Filing No. 46.] Plaintiff argues Defendant's discovery responses are deficient but does not attach the discovery requests or Defendant's formal responses to his motion to compel (although he does summarize the content of each question clearly). Plaintiff argues Defendant's responses do not clarify whether all responsive documents have been produced.

Plaintiff initiated good faith meet and confer efforts, but it appears he did not accept Defendant's offer for a phone conference before filing his motion to compel. [Filing No. 46-1, Filing No. 46-2.] His initial letter explains his position on Defendant's responses and requests supplemental responses and a privilege log. He also proposes several times for a phone call. [Filing No. 46-3.] Defendant's counsel responded on January 22, 2025. He provided a privilege log and said counsel would discuss their responses with Plaintiff on a "meet and confer conference scheduled at your convenience." [Filing No. 46-1.] Plaintiff responded that a call would not be meaningful unless Defendant produced all outstanding documents or additional information discovered prior to the call. [Filing No. 46-1.] Plaintiff asked Defendant to "materially advance"

the matter by January 24, 2025. [Filing No. 46-1.] Presumably, no further contact occurred, and Plaintiff filed his motion to compel. The Court notes that communications broke down but does not deny Plaintiff's motion on Rule 37 grounds—Plaintiff's assessment that a conference would not be productive appears reasonable.

Defendant's discovery responses were exchanged approximately nine months ago while Plaintiff was represented by his former counsel.[1] At this late juncture, the Court does not believe it is appropriate or productive to analyze each discovery response and request over formal motion practice—and indeed, Defendant did not respond to Plaintiff's motion to compel. However, Plaintiff engaged Defendant on this issue before the close of discovery. After examining Plaintiff's arguments, the Court wishes to conduct thorough questioning of Defendant about whether its production is complete and full, or documents remain outstanding.

Therefore, the Court **DENIES** Plaintiff's Motion to Compel, [Filing No. 46], without prejudice but sets this matter for a telephonic conference on **Monday, May 12, 2025 at 2:00 p.m. (Eastern)** to discuss Plaintiff's concerns with Defendant's production. Parties shall attend the status conference by calling **(571) 353-2301; Guest Meeting ID 719554099**.

Date: 5/1/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ENRIC MALLORQUI-RUSCALLEDA
10775 Lotus Drive
Garden Grove, CA 92843

---

[1] [Filing No. 46-1 at 1.]