

 / 



Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

Remove ✕

# 70100780000141314109

 Copy      🏃 Add to Informed Delivery

## Label Created, not yet in system

A status update is not yet available on your package. It will be available when the shipper provides an update or the package is given to USPS. Check back soon.

Sign up for Informed Delivery® to receive notifications for packages addressed to you.