6/13/25, 7:21 AM          Case 1:24-cv-00519-SEB-MG     Document 114-1   Filed 06/13/25   Page 1 of 1 PageID #:
                                         Gmail - Notice of Filing - Notice of Discovery Production
                                                                  1999

 Enric Mallorqui-Ruscalleda, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>

## Notice of Filing - Notice of Discovery Production

**Stultz, Emily** <emstultz@iu.edu>                                                     Thu, Jun 12, 2025 at 7:50 AM
To: "E Mallorqui, PhD, JD" <enric.mallorqui.ruscalleda@gmail.com>
Cc: "Wynn, Myekeal" <myesmith@iu.edu>

Mr. Mallorqui-Ruscalleda,

The file securely produced on Monday contains four subfolders. The subfolder titled "data" contain the metadata for the documents in the "images" folder, which contains two subfolders consisting of over 8600 documents. The files in data can be accessed using a word processor. While I am happy to direct you to this access which was already provided, I want to note that the relevancy of such metadata is not apparent.

As a courtesy, I am resending IU's written responses to your Interrogatories and Requests for Production and a signed verification. You now have confirmed access to IU's discovery production, which we have produced at least three times – first to your prior counsel, then via mail, and now via Secure Share.

Throughout the course of this litigation, we have committed to engaging in good faith as lawfully required and have afforded you leniency and deference as a pro se litigant. Yet you continue to make misrepresentations to the Court and engage in vexatious litigation tactics. IU respectfully asks that you withdraw your motion for sanctions and correct the record regarding IU's cooperation in this matter.

[Quoted text hidden]

---

**3 attachments**



- **IU-Ruscalleda Defendant's Responses to Plaintiff's request for production(43952301.1).pdf**
  360K

- **IU-Ruscalleda - Defendant's Answers to Plaintiff's Interrogatory Requests(43952353.1).pdf**
  374K

- **Discovery Verification_signed.pdf**
  111K