## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ENRIC MALLORQUI-RUSCALLEDA, | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | )    Case No. 1:24-cv-00519-SEB-MG </br> ) |
| THE TRUSTEES OF INDIANA UNIVERSITY-PURDUE UNIVERSITY INDIANAPOLIS, | ) </br> ) </br> ) </br> ) |
| Defendant. | ) |

### NOTICE

Comes now, Defendant The Trustees of Indiana University-Purdue University Indianapolis, by counsel, and provides notice, pursuant to the Court's Order issued on July 30, 2025 [DN 123] as follows:

1. On July 30, 2025, the Court issued an Order stating in pertinent part that "[a]t the July 18, 2025, telephonic conference, Plaintiff indicated he was having issues opening certain files. If he is still experiencing these issues, he should email Defense counsel with the name of each file he is unable to access. Counsel should make every effort to ensure Plaintiff can access any files identified." [DN 123].

2. To date, Plaintiff has failed to comply with the Court's Order and has not sent Defense counsel the name of any files he has identified as inaccessible.

3. Attached hereto as Exhibit A are the complete communications between Plaintiff and the undersigned regarding this issue since the issuance of the Court's July 30, 2025, Order.

Respectfully submitted,

*/s/Emily M. Stultz*
Emily M. Stultz (37683-32)
Myekeal D. Wynn (IN 36409-53)
Office of Vice President & General Counsel
THE TRUSTEES OF INDIANA UNIVERSITY
University Hall, 5030
301 University Blvd.
Indianapolis, IN 46202
Phone: (317) 274-7455
Facsimile: (317) 274-7470
Email: emstultz@iu.edu
         myesmith@iu.edu

## **CERTIFICATE OF SERVICE**

      I certify that on August 14, 2025, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system and served on Plaintiff via email.

                                                                              */s/Emily M. Stultz*
                                                             Emily M. Stultz (37683-32)