**Stultz, Emily**

| | |
|---|---|
| **From:** | Stultz, Emily |
| **Sent:** | Thursday, August 14, 2025 11:03 AM |
| **To:** | E Mallorqui, PhD, JD |
| **Cc:** | Wynn, Myekeal |
| **Subject:** | RE: [External] Follow-Up on Discovery Access and Missing Materials |
| **Attachments:** | Order on Disco sanctions and PO.pdf |

Mr. Mallorqui-Ruscalleda,

I have thoroughly reviewed the documentation that you attached to your prior email and have not identified any outstanding discovery issues. IU provided its response to your Deficiency letter back in January, which you attached as Exhibit A in your previous email. Moreover, since our January communications, we have had two telephonic status conferences with the Judge wherein we discussed your remaining issues with IU's discovery production. In the May 22, 2025, status conference, you indicated that that you had not received IU's document production. Pursuant to the Court's order following that call, IU reproduced the entirety of its document production. In the July 18, 2025, status conference, you indicated that you had issues accessing several of the produced documents, and the Court instructed you to research how to open .txt documents with your specific word processor, and to provide IU with the names of each of the files that you still could not access so that Mr. Wynn and I could work to remedy the issue (see page 2 of the attached). Since the July status conference, we have not received the names of any files that you are not able to access.

If there are specific files that you are unable to access, please promptly notify me before our deadline to file a notice with the Court this afternoon.

Best,
Emily

Emily M. Stultz
Legal Fellow
Indiana University Office of the Vice President & General Counsel
301 University Blvd
Indianapolis, IN 46202
317.274.7455



---

**From:** E Mallorqui, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Sent:** Wednesday, August 13, 2025 7:39 PM
**To:** Stultz, Emily <emstultz@iu.edu>; Wynn, Myekeal <myesmith@iu.edu>
**Cc:** Enric Mallorqui-Ruscalleda, PhD, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Subject:** Re: [External] Follow-Up on Discovery Access and Missing Materials

Ms. Stultz,

1

As requested, I am attaching all materials and information relevant to the matter you indicated had not been received. This includes the items I referenced previously and which pertain directly to the discovery production. All of the attached materials are also available through PACER and/or in your own professional email correspondence.

Please confirm receipt at your earliest convenience.

Respectfully,

Enric

-----

**Enric Mallorquí-Ruscalleda**

Virus-free.www.avast.com

On Wed, Aug 13, 2025 at 1:45 PM Stultz, Emily <emstultz@iu.edu> wrote:

Mr. Mallorqui-Ruscalleda,

IU provided you with over 8,000 documents, as well as guidance for those files that require a word processor to access. As noted in my previous email, we have not received any communications from you identifying specific documents that you are unable to access. If there are specific documents that you identify as being inaccessible, please promptly let me know what those documents are by specifying the name or title of the document or file. Otherwise, we will assume that you have obtained and accessed the entirety of IU's discovery production without further issue and will notify the Court of the same by the Court-imposed deadline tomorrow afternoon.

Best,

Emily

Emily M. Stultz

Legal Fellow

Indiana University Office of the Vice President & General Counsel

301 University Blvd

Indianapolis, IN 46202

317.274.7455



**From:** E Mallorqui, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Sent:** Wednesday, August 13, 2025 3:06 PM
**To:** Stultz, Emily <emstultz@iu.edu>; Wynn, Myekeal <myesmith@iu.edu>
**Subject:** Re: [External] Follow-Up on Discovery Access and Missing Materials

Ms. Stultz,

Thank you for your message. I must note, however, that the issues remain exactly the same as those I have been detailing—since January—in multiple motions and written communications to you. I respectfully request that you review all of those prior submissions in full and provide the materials and access I have consistently requested.

Thank you,


Enric Mallorqui-Ruscalleda

 Virus-free.www.avast.com

On Wed, Aug 13, 2025 at 8:51 AM Stultz, Emily <emstultz@iu.edu> wrote:
> Mr. Mallorqui-Ruscalleda,

I have previously provided you with instructions on how to access the files (attached). As noted, both in prior communications and during the July 18, 2025 status conference with the Judge, some of the files may need to be accessed with a word processor, which may require you to research how to open files in your specific word processor. During the July 18 status conference, Judge Garcia requested that if you had difficulty opening or accessing specific documents, to please let Mr. Wynn and myself know which specific documents you need access to so that we could attempt to remedy the issue to the extent we are able. To date, we have not received any communications referencing specific documents that you are unable to access.

In regard to your statement below concerning "records of investigations conducted regarding various members of my former department or the Dean's Office, nor any records of disciplinary actions imposed on any of them," IU provided all relevant documents responsive to your Requests for Production, including Requests Nos. 3, 21, and 22, which are identified in the Defendant's Responses to Plaintiff's Requests for Production, contained in the attached communication.

If there are specific documents that you are alleging you still do not have access to, please promptly notify me of those, so that I can work to remedy the issue before I must file a notice with the Court on the status of these discussions tomorrow pursuant to the Court's July 31, 2025 Order (DN 123).

Best,

Emily

Emily M. Stultz

Legal Fellow

Indiana University Office of the Vice President & General Counsel

301 University Blvd

Indianapolis, IN 46202

317.274.7455



**From:** E Mallorqui, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Sent:** Tuesday, August 12, 2025 3:54 PM
**To:** Wynn, Myekeal <myesmith@iu.edu>; Stultz, Emily <emstultz@iu.edu>
**Cc:** Enric Mallorqui-Ruscalleda, PhD, PhD, JD <enric.mallorqui.ruscalleda@gmail.com>
**Subject:** [External] Follow-Up on Discovery Access and Missing Materials

This message was sent from a non-IU address. Please exercise caution when clicking links or opening attachments from external sources.

Mr. Wynn,

Pursuant to the Court's July 30, 2025 Order, and within the 14-day period specified therein, I must note that I continue to experience the same access issues to the discovery production as outlined in my prior communications and motions. These include ongoing difficulties in opening certain files and the absence of responses providing effective resolution to those issues.

In addition, in the materials I have been able to open, I have not found any records of investigations conducted regarding various members of my former department or the Dean's Office, nor any records of disciplinary actions imposed on any of them. Please provide all such records as part of the discovery production.

I will not reiterate here the detailed problems with the discovery process, as I have been raising those with you since January through multiple communications and motions. I trust this request is clear and that you will address both the access issues and the missing materials promptly.

Thank you.

Respectfully,


Enric